UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL - 5 2005

Michael N. Milby, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. C-05-87(3) |
| | § | |
| JENNIFER GUTIERREZ | § | |

## ORDER DISMISSING COUNTS TWO and THREE OF THE INDICTMENT

It is hereby ORDERED that Counts Two and Three of the Indictment in the above-numbered case is hereby dismissed as to defendant, JENNIFER GUTIERREZ.

DONE at Corpus Christi, Texas, this ___1st___ day of ___July___, 2005.

UNITED STATES DISTRICT JUDGE